IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **14-cv-1844-JLK-AP**

**KATHERINE ARREAGA,**

          Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

          Defendant.

---

## ORDER FOR JUDGMENT AND REMAND

---

Kane, J.

          Defendant's Unopposed Motion for Remand (Doc. 20), seeking entry of judgment and a remand or further administrative proceedings under sentence four of 42 U.S.C. § 405(g), is **GRANTED**.  The final decision of the agency is **REVERSED** and the case **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council will instruct the ALJ to reevaluate the severity of Plaintiff's mental impairments using the special technique in 20 C.F.R. §§ 404.1520a and 416.920a and her mental limitations; and further determine if Plaintiff can perform the physical and mental demands of her past relevant skilled work. The ALJ will provide Plaintiff an opportunity for a new hearing, complete the administrative record, and issue a new decision.

          The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated:  April 15, 2015.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT